IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

TIMOTHY A. JOHNSON,

        Plaintiff,

v.                              CIVIL ACTION NO. 2:21-cv-00380

WEST VIRGINIA UNIVERSITY BOARD
OF GOVERNORS, et al.,

        Defendants.

### ORDER

Before the Court is Defendants' Motion for Pre-Filing Injunction Writ and Request for Expedited Relief. (ECF No. 320.) Defendants are seeking an order to enjoin Plaintiff from filing a threatened RICO complaint and to enjoin Plaintiff from filing any further actions against Defendants arising out of the health care Plaintiff received from Defendants. Upon review of Defendants' motion, the Court finds that such an injunction is unnecessary at this stage. Therefore, Defendants' motion is **DENIED**. However, Plaintiff is warned that although he is a pro-se litigant, frivolous or vexatious filings may result in negative consequences, including monetary sanctions and limitations on future filings.

    **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 31, 2025

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE